UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DENAN AISLEY,

                      Plaintiff,                            JUDGMENT
                                                                             18-CV-3738 (PKC)

    -against-

JAIME LA MANNA, Superintendent,

                      Defendant.
-------------------------------------------------------------- X

        An Order of Honorable Pamela K. Chen, United States District Judge, having been filed on September 21, 2018, dismissing the petition as time-barred pursuant to 28 U.S.C. § 2244(d); denying the issuance of a certificate of appealability, *See* 28 U.S.C. § 2253(c)(2); *Lucidore v. New York State Div. Of Parole*, 209 F.3d 107, 111-12 (2d Cir. 2000); certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith; and denying in forma pauperis status for purpose of an appeal, *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); it is

        ORDERED and ADJUDGED that pursuant to 28 U.S.C. § 2244(d), the petition is dismissed as time-barred; that no certificate of appealability shall issue, *See 28* U.S.C. § 2253(c)(2); *Lucidore v. New York State Div. Of Parole*, 209 F.3d 107, 111-12 (2d Cir. 2000); that pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this order would not be taken in good faith; and that in forma pauperis status is denied for purpose of an appeal. *Coppedge v. United States,* 369 U.S. 438, 444-45 (1962).

Dated: Brooklyn, NY                                                                        Douglas C. Palmer
September 24, 2018                                                              Clerk of Court

                                                                          By:    */s/Jalitza Poveda*
                                                                                       Deputy Clerk